UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

    v.

JOSEPH E. FELDMAN,

        Defendant.

Case No: 2:17-cv-11292-LJM-DRG

District Judge Laurie J. Michelson
Magistrate Judge David R. Grand

## DECLARATION OF ADVISOR JENNIFER JUNIOR

1.    I, Jennifer A. Junior, am an Advisor employed by the Internal Revenue Service ("IRS").  My office is located in Detroit, Michigan.

2.    My job duties as an IRS Advisor include encouraging taxpayer compliance with the Internal Revenue Code and supporting the United States in litigation under the Internal Revenue Code.  Through my work and training experiences at the IRS, I am familiar with IRS records and record-keeping practices.

3.    I have reviewed the transcripts of account and other records maintained by the IRS regarding the tax liabilities of Joseph Feldman, XXX-XX-5561.  The reviewed records were made at or near the time of the events recorded therein from information provided by individuals with personal

knowledge, and they were created, collected, and kept in accord with the regular activity and regular practices of the IRS.  The statements below are based upon these records.

4.     Joseph Feldman, XXX-XX-5561, failed to file federal income tax returns for the calendar years 2001 and 2002.

5.     On December 4, 2006, the IRS sent Joseph Feldman a notice of deficiency for 2001 and a notice of deficiency for 2002.

6.     Joseph Feldman did not petition the United States Tax Court for review of the 2001 or the 2002 deficiency determination by the IRS.

7.     Pursuant to 26 U.S.C. §§ 6201**,** 6203, a delegate of the Secretary of the Treasury assessed Joseph Feldman with the liabilities for 2001 in the following table on account of which a balance remains as of November 1, 2017, including interest and other statutory additions, totaling $137,943.95:

| INCOME TAX FOR ANNUAL PERIOD ENDING 2001 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 04-30-07 | Tax per audit. | $47,596.00 |
| 04-30-07 | Penalty for failure to pay estimated tax.  I.R.C. § 6654. | $1,883.50 |
| 04-30-07 | Penalty for failure to timely file return.  I.R.C. § 6651(a)(1). | $10,709.10 |
| 04-30-07 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $11,899.00 |

8.      Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed Joseph Feldman with the liabilities for 2002 in the following table on account of which a balance remains as of November 1, 2017, including interest and other statutory additions, totaling $54,257.51:

| INCOME TAX FOR YEAR ENDING 2002 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 04-30-07 | Tax per audit. | $19,340.00 |
| 04-30-07 | Penalty for failure to pay estimated tax.  I.R.C. § 6654. | $646.28 |
| 04-30-07 | Penalty for failure to timely file return.<br>I.R.C. § 6651(a)(1). | $4,351.50 |
| 04-30-07 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $4,738.30 |
| 04-21-08 | Penalty for failure to pay tax per return.  I.R.C. § 6651(a)(2)-(3). | $96.70 |

9.      Joseph Feldman filed a federal income-tax return for the calendar year 2015.

10.     Pursuant to 26 U.S.C. §§ 6201, 6203, a delegate of the Secretary of the Treasury assessed Joseph Feldman with the liabilities for 2015 in the following table on account of which a balance remains as of November 1, 2017, including interest and other statutory additions, totaling $960.57:

| INCOME TAX FOR YEAR ENDING 2015 | | |
|---|---|---|
| Assessment Date | Assessment Type | Assessment Amount |
| 11-07-16 | Tax per return. | $611.00 |
| 11-07-16 | Penalty for failure to timely file return. I.R.C. § 6651(a)(1). | $205.00 |
| 11-07-16 | Penalty for failure to pay tax per return. I.R.C. § 6651(a)(2)-(3). | $21.38 |

11. As to each assessment itemized above, a delegate of the Secretary of the Treasury gave Joseph Feldman a notice and demand for payment in accord with 26 U.S.C. § 6303.

12. Joseph Feldman remains indebted to the United States for the federal tax liabilities itemized above in the total amount of $193,162.03, plus interest and other statutory additions accruing on and after November 2, 2017:

| Tax Type | Year Ending | Balance |
|---|---|---|
| Income | 2001 | $137,943.95 |
| Income | 2002 | $54,257.51 |
| Income | 2015 | $960.57 |
| | **Total** | **$193,162.03** |

13. Copies of the deficiency notices sent to Joseph Feldman regarding his 2001 and 2002 income liabilities are attached at pages 6 through 16.

14.     Copies of the account transcripts for Joseph Feldman's 2001, 2002, and 2015 income tax liabilities are attached at pages 17 through 32.

15.     Copies of the INTST reports showing the balances due, including interest and other statutory additions, as of November 1, 2017, are attached at pages 33 through 35.

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.

Date: _____


_____
Jennifer A. Junior
Advisor
Internal Revenue Service

 **IRS** Department of the Treasury
Internal Revenue Service



PO BOX 9047
ANDOVER, MA 01810-0947

7105 5678 7185 6082 8165

010186.291306.0127.004 } AB 0.748 2340



JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010186

Please attach the top portion of this cover letter to your tax return and send
it to us.  Your return will be processed faster.  You can use the envelope we've
enclosed.

Filing a petition in tax court is not necessary if you file the return with the
IRS within the time stated in this letter package.

For Joint Returns -- Before you mail your return, please make sure you and your
spouse have both signed the return.

Thank you for your help.


FOR INTERNAL ROUTING USE ONLY
Note to IRS Receipt and Control:
Do Not Process the Attached Return

Forward it to:
ASFR  PO BOX 9047


Fold Here

BODCD-WI
SELCD-39

Notice Number: Ltr  3219SC/CG
Notice Date  : 2006-12-04
Tax Period   : 200112

* ▮▮▮▮5611*

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

INTERNAL REVENUE SERVICE
PO BOX 9047
ANDOVER, MA 01810-0947

▮▮▮5561 00 FELD 30 0 200112 090 00000000000

7105 5678 7185 6082 8165

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

0869900000 ASFR

Letter Number: 3219(SC/CG)
Letter Date: December 04, 2006

Taxpayer Identification Number:

·5561

Tax Form: 1040

Tax Year Ended and Deficiency

DEC. 31, 2001 ****47,596.00

Contact Person:

ASFR Department

Contact Telephone Number:
866-681-4271
(A toll free number)
Hours to Call:

Between 8:00 AM and 8:00 PM

Last Date to Petition Tax Court:
March 05, 2007

Penalties/Additions to Tax

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010186

| | | |
|---|---|---|
| SEC. 6651(a)(1)IRC | | $10,709.10 |
| SEC. 6651(a)(2)IRC | | $11,899.00* |
| SEC. 6654(a)   IRC | | $1,883.50 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (978) 474-5549 or writing to:

```
ANDOVER SERVICE CENTER
TAXPAYER ADVOCATE
P.O. BOX 9055, STOP 120
Andover, MA 01810
```

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

| FORM 5564 (Rev. June 1992) | Department of the Treasury --- Internal Revenue Service **NOTICE OF DEFICIENCY - WAIVER** | Symbols ASFR/ANDOVER 0869900000 |
|---|---|---|

**Name and Address of Taxpayer(s)**

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

12/04/2006
████-5561

| Kind of Tax | ☐ Copy to Authorized Representative | |
|---|---|---|
| INDIVIDUAL INCOME | | |

| Tax Year Ended | | **DEFICIENCY** | |
|---|---|---|---|
| December 31, 2001 | Increase in Tax  $47,596.00 | | Penalties |

Failure-to-File Penalty  IRC 6651(a)(1)     $10,709.10
Failure-to-Pay Penalty  IRC 6651(a)(2)     $11,899.00
Estimated Tax Penalty  IRC 6654(a)          $1,883.50

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

FORM 5564 (Rev. 6-92)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

COLLECTION     : NON-FILER
Date of Report: 08-07-2006
Soc Sec Number:        -5561
Form 1040      : TAX YEAR   2001
Filing Status  : SINGLE
Reply to       : 0869900000

### TAX CALCULATION SUMMARY

TOTAL INCOME REPORTED BY PAYERS (see Income Sources):          (+)174,864.00

010186

   Wages, interest, dividends, pensions, misc.    174,864.00

ADJUSTMENT TO INCOME:                                          (-)0.00

ALLOWABLE DEDUCTIONS/EXEMPTIONS:                               (-)6,464.00

   Personal exemption allowance (1 exemption)    1,914.00
   Standard Deduction                            4,550.00

TAX COMPUTATIONS:

   Taxable Income (total income minus deductions)    168,400.00
   Income tax calculated using (1) exemption    47,596.00

TOTAL TAX BEFORE CREDITS:                                      (+)47,596.00

TOTAL PRE-PAID CREDITS (Withholding, ES tax payments, etc.):   (-)0.00

NET TAX (TOTAL TAX minus PRE-PAID CREDITS):                    47,596.00

TOTAL INTEREST (calculated through 09-06-2006, see page 2):    (+)16,193.35

TOTAL PENALTIES (see page 2):                                  (+)24,491.60

   Failure-to-File Penalty          10,709.10
   Failure-to-Pay Penalty           11,899.00
   Estimated Tax Penalty             1,883.50

```
********************************************************************************
TOTAL AMOUNT DUE through 09-06-2006 (PAY THIS AMOUNT) ---------    88,280.95
********************************************************************************
```

PAGE 1                              LETTER 2566SC/CG (REV. 11-2004)

```
DEPARTMENT OF THE TREASURY            INTERNAL REVENUE SERVICE
                                      PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

Soc Sec Number: [REDACTED]-5561      Tax Year 2001      Date of Report: 08/07/2006
                        EXPLANATION OF PENALTIES AND INTEREST


INTEREST:  I.R.C. 6601                                        16,193.35
     Interest due based on statutory interest rates       13,219.06
     Interest on Failure-to-File Penalty                   2,974.29
     Additional Interest will accrue at the current rate of interest (compounded
     daily). Interest is charged from the original due date of the return to the
     earlier of the date of payment, a date 30 days after an agreement to the
     additional tax is signed, or the assessment date.  The interest shown has
     been computed 30 days from the date of this report, which will allow you to
     pay the total balance due without an additional charge for accrued interest.


PENALTIES:                                                   24,491.60
     Failure-to-File Penalty, I.R.C. 6651(a)(1)           10,709.10
     Since you did not file your return within the time prescribed by law, a
     Failure-to-File Penalty of 5 percent of the tax due is added for each month
     that the return is late (not to exceed 22.5%), or the lesser of $100 or the
     tax due.

   * Failure-to-Pay Penalty, I.R.C. 6651(a)(2)           11,899.00
     If you did not pay the balance of the tax owed within the time prescribed by
     law, a penalty of 0.5% of the tax due is added for each month the tax
     remains unpaid (not to exceed a total of 25% of the unpaid amount.)
```

DEPARTMENT OF THE TREASURY              PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT
INTERNAL REVENUE SERVICE

SUMMARY OF INCOME SOURCES

SSN:     ____-5561          TAX YEAR: 2001              08/07/2006

TAXABLE INCOME REPORTED TO THE IRS BY YOUR PAYERS:

01-Paid by 13-3842038
NATL INVESTOR SERVICES CORP.
Paid to JOE E FELDMAN

$    10,907  STOCKS/BONDS SALES PRICE

02-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    12,188  STOCKS/BONDS SALES PRICE

03-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$     3,000  STOCKS/BONDS SALES PRICE

04-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    21,003  STOCKS/BONDS SALES PRICE

05-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    72,177  STOCKS/BONDS SALES PRICE

06-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    55,568  STOCKS/BONDS SALES PRICE

07-Paid by ____7782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH SERGI-ELTON FELDMAN

$       17  ORDINARY DIVIDEND

08-Paid by ____2038
NATL INVESTOR SERVICES CORP.
Paid to JOE E FELDMAN

$        4  INTEREST

 **IRS** Department of the Treasury
Internal Revenue Service

PO BOX 9047
ANDOVER, MA 01810-0947



7105 5678 7185 6082 8172

010185.291306.0127.004 3 AB 0.748 2340



JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

10185

Please attach the top portion of this cover letter to your tax return and send
it to us. Your return will be processed faster. You can use the envelope we've
enclosed.

Filing a petition in tax court is not necessary if you file the return with the
IRS within the time stated in this letter package.

For Joint Returns -- Before you mail your return, please make sure you and your
spouse have both signed the return.

Thank you for your help.

FOR INTERNAL ROUTING USE ONLY
Note to IRS Receipt and Control:
Do Not Process the Attached Return

Forward it to:
ASFR  PO BOX 9047

Fold Here

BODCD-WI
SELCD-13

Notice Number: Ltr  3219SC/CG
Notice Date  : 2006-12-04
Tax Period   : 200212

* 5611 *

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

INTERNAL REVENUE SERVICE
PO BOX 9047
ANDOVER, MA 01810-0947

5561 00 FELD 30 0 200212 090 00000000000

7105 5678 7185 6082 8172

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

0869900000 ASFR

Letter Number: 3219(SC/CG)
Letter Date: December 04, 2006

Taxpayer Identification Number:

5561

Tax Form: 1040

Tax Year Ended and Deficiency

DEC. 31, 2002 **⋆⋆⋆19,340.00

Contact Person:

ASFR Department

Contact Telephone Number:
866-681-4271
(A toll free number)
Hours to Call:

Between  8:00 AM and  8:00 PM

Last Date to Petition Tax Court:
March 05, 2007

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

0185

Penalties/Additions to Tax

| SEC. 6651(a)(1) IRC | $4,351.50 |
| SEC. 6651(a)(2) IRC | $3,964.70* |
| SEC. 6654(a)    IRC | $646.28 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law.  The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax.  You can get a petition form and the rules for filing a petition from the Tax Court.  You should file the petition with the  **United States Tax Court, 400 Second Street NW, Washington D.C.  20217.**  Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late.  As required by law, separate notices are sent to spouses.  If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year.  You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C.  20217.  You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us.  This will permit us to assess the deficiency quickly and will limit the accumulation of interest.  We've enclosed an envelope you can use.  If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

DECLARATION J. JUNIOR        Page 14 of 35

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (978) 474-5549 or writing to:

> ANDOVER SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9055, STOP 120
> Andover, MA 01810

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

**FORM 5564** (Rev. June 1992) | Department of the Treasury — Internal Revenue Service | **Symbols**
**NOTICE OF DEFICIENCY - WAIVER** | ASFR/ANDOVER
0869900000

Name and Address of Taxpayer(s)

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

12/04/2006
-5561

| Kind of Tax | ☐ Copy to Authorized Representative |
| --- | --- |
| INDIVIDUAL INCOME | |

| Tax Year Ended | DEFICIENCY | |
| --- | --- | --- |
| December 31, 2002 | Increase in Tax    $19,340.00 | Penalties |

Failure-to-File Penalty   IRC 6651(a)(1)          $4,351.50
Failure-to-Pay Penalty   IRC 6651(a)(2)          $3,964.70
Estimated Tax Penalty   IRC 6654(a)                  $646.28

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
| --- | --- | --- |
| | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, *Notice Concerning Fiduciary Relationship*, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564 (Rev. 6-92)

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: April 10, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified.  It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification.  It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

JOE E FELDMAN

For tax period(s) December 31, 2001
Form   1040
Certification of Assessment and Payments consisting of  6        page(s)
under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Damita Jo Ramsey, Operations Manager
Accounting Control Services Operations
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                           EIN/SSN: ███-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 174,864.00 | | | |
| | TAXABLE INCOME 168,400.00 | | | |
| 07-25-2006 | SUBSTITUTE FOR RETURN 08210-887-00092-6 | | 0.00 | 08-14-2006 |
| 11-21-2006 | STATUTORY NOTICE OF DEFICIENCY | | | |
| | ESTIMATED TAX PENALTY 20071608 | | 1,883.50 | 04-30-2007 |
| | ADDITIONAL TAX ASSESSED 01254-501-64029-7  20071608 | | 47,596.00 | 04-30-2007 |
| 04-10-2007 | STATUTORY NOTICE OF DEFICIENCY CLOSED | | | |
| | LATE FILING PENALTY 20071608 | | 10,709.10 | 04-30-2007 |
| | INTEREST ASSESSED 20071608 | | 20,130.73 | 04-30-2007 |
| | FAILURE TO PAY TAX PENALTY 20071608 | | 11,899.00 | 04-30-2007 |
| | ADDITIONAL TAX ASSESSED 08254-586-08420-7  20072808 | | 0.00 | 07-23-2007 |
| 09-10-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
JOE E FELDMAN                         EIN/SSN:        -5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   2001

                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                       (REVERSAL)     (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
04-15-2013 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-07-2013 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           UNDELIVERABLE LEVY NOTICE

05-09-2014 FEDERAL TAX LIEN

06-02-2014 FEES AND COLLECTION COSTS            13.00

05-13-2014 LIEN CDP NOTICE

10-20-2014 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
              PROGRAM

01-19-2015 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

           INTEREST ASSESSED              36,150.50          04-27-201!
           20151405

08-02-2016 RECEIVED POA/TIA

08-22-2016 SUBSEQUENT PAYMENT                            81.09
           LEVY

FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN: ▆▆▆-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-26-2016 | SUBSEQUENT PAYMENT LEVY | | 136.73 | |
| 08-29-2016 | SUBSEQUENT PAYMENT LEVY | | 460.90 | |
| 04-15-2015 | OVERPAID CREDIT APPLIED 1040      201412 | | 78.00 | |
| 10-27-2016 | SUBSEQUENT PAYMENT LEVY | | 18.00 | |
| 01-03-2017 | INITIAL LEVY ISSUED (EFFECTIVE 01-01-2017) | | | |
| 01-27-2017 | SUBSEQUENT PAYMENT LEVY | | 4.59 | |
| 01-31-2017 | SUBSEQUENT PAYMENT LEVY | | 1,838.37 | |
| 03-10-2017 | FEDERAL TAX LIEN | | | |
| 03-06-2017 | SUBSEQUENT PAYMENT LEVY | | 58.09 | |
| 03-16-2017 | LIEN CDP NOTICE | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN:        -5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT      DATE (23C,
                                       (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

04-03-2017 MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
                PROGRAM

03-22-2017 LEGAL SUIT PENDING

05-26-2003 Taxpayer Deliquency Notice

07-21-2003 Taxpayer Deliquency Notice

04-30-2007 Statutory Notice of Balance Due

06-04-2007 Notice of Balance Due

07-09-2007 Statutory Notice of Intent to Levy

07-23-2007 Statutory Notice of Balance Due

04-21-2008 Statutory Notice of Balance Due

04-27-2009 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN:        -5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   2001


                                     ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT     DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------
04-26-2010 Statutory Notice of Balance Due

04-25-2011 Statutory Notice of Balance Due

04-23-2012 Statutory Notice of Balance Due

04-27-2015 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                   PAGE    5
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                           EIN/SSN: ▮▮▮-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001
--------------------------------------------------------------------------------


BALANCE      125,706.06
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Damita Jo Ramsey_

PRINT NAME:_____DAMITA JO RAMSEY_____

TITLE:_____OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES____

DELEGATION ORDER:_____D.O. 11-5_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 04/06/2017

FORM 4340  (REV. 01-2002)              PAGE    6



# United States · of America

**Department of the Treasury**
**Internal Revenue Service**

Date: April 10, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified.  It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification.  It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

JOE E FELDMAN

For tax period(s) December 31, 2002
Form   1040
Certification of Assessment and Payments consisting of  5      page(s)
under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Damita Jo Ramsey, Operations Manager
Accounting Control Services Operations
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                        EIN/SSN:  ████  -5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

                                     ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                     (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                      91,119.00

            TAXABLE INCOME
                      83,419.00

07-25-2006  SUBSTITUTE FOR RETURN                     0.00        08-14-200(
            08210-887-00093-6

11-21-2006  STATUTORY NOTICE OF
            DEFICIENCY

            ESTIMATED TAX PENALTY        646.28                   04-30-200;
            20071608

            ADDITIONAL TAX ASSESSED    19,340.00                 04-30-200;
            01254-501-64031-7  20071608

04-10-2007  STATUTORY NOTICE OF
            DEFICIENCY CLOSED

            LATE FILING PENALTY        4,351.50                   04-30-200;
            20071608

            INTEREST ASSESSED          6,410.42                   04-30-200;
            20071608

            FAILURE TO PAY TAX         4,738.30                   04-30-2007
            PENALTY
            20071608

            ADDITIONAL TAX ASSESSED                   0.00        07-23-2007
            08254-586-08421-7  20072808

09-10-2007  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN: ▮▮▮-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | FAILURE TO PAY TAX PENALTY 20081508 |  | 96.70 | 04-21-2008 |
| 04-15-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 05-07-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE |  |  |  |
| 05-09-2014 | FEDERAL TAX LIEN |  |  |  |
| 05-13-2014 | LIEN CDP NOTICE |  |  |  |
| 10-20-2014 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 01-19-2015 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
|  | INTEREST ASSESSED 20151405 |  | 13,939.16 | 04-27-2015 |
| 08-02-2016 | RECEIVED POA/TIA |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    2

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

JOE E FELDMAN                        EIN/SSN: ████-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002


                                    ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------

01-03-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

03-10-2017 FEDERAL TAX LIEN

03-16-2017 LIEN CDP NOTICE

04-03-2017 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
               PROGRAM

03-22-2017 LEGAL SUIT PENDING

04-30-2007 Statutory Notice of Balance Due

06-04-2007 Notice of Balance Due

07-09-2007 Statutory Notice of Intent to Levy

07-23-2007 Statutory Notice of Balance Due

04-21-2008 Statutory Notice of Balance Due

04-27-2009 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JOE E FELDMAN                         EIN/SSN:  ▨▨▨-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   2002


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-26-2010 | Statutory Notice of Balance Due | | | |
| 04-25-2011 | Statutory Notice of Balance Due | | | |
| 04-23-2012 | Statutory Notice of Balance Due | | | |
| 04-27-2015 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN: ▮▮▮▮-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002
--------------------------------------------------------------------------


BALANCE       49,522.36
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Damita Jo Ramsey_

PRINT NAME:_____DAMITA JO RAMSEY_____

TITLE:_____OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES____

DELEGATION ORDER:_____D.O. 11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 04/06/2017

FORM 4340  (REV. 01-2002)                PAGE    5

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: April 10, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

JOE E FELDMAN

For tax period(s) December 31, 2015
Form 1040
Certification of Assessment and Payments consisting of 2 page(s) under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Damita Jo Ramsey, Operations Manager
Accounting Control Services Operations
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN:  ████-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2015

                                   ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                    11,705.00

           TAXABLE INCOME
                     1,405.00

           SELF EMPLOYMENT TAX
                       611.00
09-19-2016 RETURN FILED & TAX ASSESSED            611.00       11-07-2016
           89221-275-83509-6   201642

08-02-2016 RECEIVED POA/TIA

           LATE FILING PENALTY                    205.00       11-07-2016
           20164205

           FAILURE TO PAY TAX                      21.38       11-07-2016
           PENALTY
           20164205

           INTEREST ASSESSED                       18.58       11-07-2016
           20164205

12-19-2016 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-10-2017 FEDERAL TAX LIEN

03-16-2017 LIEN CDP NOTICE

03-22-2017 LEGAL SUIT PENDING

04-17-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

11-07-2016 Statutory Notice of Balance Due

12-05-2016 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

JOE E FELDMAN                          EIN/SSN:      █████-5561


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2015
-------------------------------------------------------------------------------


BALANCE           855.96
-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: Damita Jo Ramsey

PRINT NAME:    DAMITA JO RAMSEY

TITLE:         OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES

DELEGATION ORDER:    D.O. I1-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 04/06/2017

FORM 4340  (REV. 01-2002)                   PAGE    2
```

```
INTST        5561                    DULE      NM CTRL:HART
30 200112 11012017 FELD
            11,899.00  ASSESSED FTP
            56,281.23  ASSESSED INT
            57,585.83  TAX & PENALTY
           125,766.06  ASSESSED TOTAL
                  .00  ACCRUED FTP
            12,177.89  ACCRUED INT
            12,177.89  TOTAL ACCRUALS
            11,899.00  TOTAL FTP
            68,459.12  TOTAL INT
           137,943.95  BALANCE DUE
```

```
INTST        -5561                    DULE        NM CTRL:HART
30 200212 11012017 FELD
                 4,835.00  ASSESSED FTP
                20,349.58  ASSESSED INT
                24,337.78  TAX & PENALTY
                49,522.36  ASSESSED TOTAL
                      .00  ACCRUED FTP
                 4,735.15  ACCRUED INT
                 4,735.15  TOTAL ACCRUALS
                 4,835.00  TOTAL FTP
                25,084.73  TOTAL INT
                54,257.51  BALANCE DUE
```

INTST ████ 5561                          DULE        NM CTRL:HART
30 201512 11012017 FELD
                21.38   ASSESSED FTP
                18.58   ASSESSED INT
               816.00   TAX & PENALTY
               855.96   ASSESSED TOTAL
                70.27   ACCRUED FTP
                34.34   ACCRUED INT
               104.61   TOTAL ACCRUALS
                91.65   TOTAL FTP
                52.92   TOTAL INT
               960.57   BALANCE DUE