UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

             Plaintiff,

    v.

JOSEPH E. FELDMAN,

           Defendant.

Case No. 2:17-cv-11292-LJM-DRG

District Judge Laurie J. Michelson
Magistrate Judge David R. Grand

## DECLARATION OF EILEEN CAMPAGNO

I, Eileen M. Campagno, declare as follows:

1.     I am employed by the Internal Revenue Service ("IRS") as a Tax Policy Analyst in the Automated Substitute for Return ("ASFR") Program.  My office is located in Holtsville, New York.

2.     Through my work and training experiences at the IRS, I am familiar with the ASFR program, the Taxpayer Delinquency Investigation ("TDI") process related to the ASFR program, and IRS records and record-keeping practices.  My job duties include the review, revision, and implementation of the procedures employed in the ASFR program.

3.     I have reviewed transcripts and other records maintained by the IRS regarding the tax liabilities of Joseph Feldman, SSN XXX-XX-5561,

including the records attached to this declaration.  The reviewed records were made at or near the time of the events recorded therein from information provided by individuals with personal knowledge, and they were created, collected, and kept in accord with the regular activity and regular practices of the IRS.

4.     My statements in this declaration are based upon my 21 years of training and experience as an IRS employee and my review of the IRS records referenced herein.

5.     When information returns filed with the IRS by third parties, such as a Form 1099-B, indicate that an individual taxpayer has received taxable income for a particular year and the taxpayer has not filed an income tax return for that year, the IRS may commence a taxpayer delinquency investigation.  The TDI may begin at any time following 8 months after the filing deadline (including extensions) has passed.  The IRS computer system automatically sends the first of several notices to the taxpayer requesting a return.

6.     If the taxpayer's failure to provide tax information continues after the notices, the IRS may calculate the taxpayer's income tax for the relevant year with information that it has received from third parties on information returns.  As a matter of course, the standard deduction and personal

exemptions for the taxpayer, to the extent known to the IRS, are incorporated into this tax calculation.

7.     After the IRS has computed the tax obligation, the IRS will issue a statutory Notice of Deficiency, often called a "90-Day Letter," to the taxpayer based on the above-described tax calculation.

8.     The Notice of Deficiency is sent via certified mail to the taxpayer's last known address, and it advises that unless the taxpayer contests the deficiency within a certain time, 90 days after mailing for most individuals, the IRS calculated amount, including penalties and interest, set forth in the letter will be assessed against the taxpayer.   Contesting the deficiency involves filing a petition with the United States Tax Court.

9.     Attached at pages 8 through 10 is the ASFR TDI RECORD regarding the tax delinquency investigation of Joseph Feldman pertaining to the calendar year 2001 ("2001 Investigation").

10.     Attached at pages 11 through 22 is the Notice of Deficiency for 2001 ("2001 Deficiency Notice") mailed to Joseph Feldman by the IRS during the 2001 Delinquency Investigation.  The 2001 Deficiency Notice was mailed to Mr. Feldman by certified mail.  This method of mailing is confirmed by the window envelope labeled "CERTIFIED MAIL," and it is shown by the bar code and tracking number on the notice itself.

11.    ASFR caused the 2001 Deficiency Notice to be mailed by inputting the necessary computer code on November 21, 2006.  This is referenced in the Account History of the 2001 TDI RECORD as "90 Day Stat Notice issued."  The 2001 Deficiency Notice was mailed on December 4, 2006, the date indicated on the notice itself.

12.    The 2001 Deficiency Notice was mailed to Joseph Feldman at the address identified on the notice: 30100 Summit Drive, Apt. 108, Farmington Hill, Michigan 48334-2431332 (hereinafter "Summit Drive").  The IRS maintains a database containing the last known addresses for United States taxpayers.  According to that database, Summit Drive was Joseph Feldman's last known address at the time the 2001 Deficiency Notice was mailed by the IRS.

13.    The Post Office returned earlier TDI notices mailed to Summit Drive during the 2001 Investigation because they were undeliverable.  Thus, shortly before the 2001 Deficiency Notice issued, ASFR initiated an address search to determine whether Joseph Feldman's last known address was still Summit Drive.  This search is referenced in the Account History of the 2001 TDI RECORD.  It started on October 31, 2006, "LSS Research Started," and it finished on November 7, 2006, "LSS Complete."  This search confirmed

that Summit Drive was still Mr. Feldman's last known address, "IDS found no results."

14.    The Post Office returned the 2001 Deficiency Notice to the IRS because it was undeliverable.  This is indicated by the stamp on the window envelope for the notice.

15.    Since the IRS performed an address search shortly before the 2001 Deficiency Notice was mailed, ASFR did not initiate another address search after the notice returned undeliverable.

16.    Attached at pages 23 through 25 is the ASFR TDI RECORD regarding the tax delinquency investigation of Joseph Feldman pertaining to the calendar year 2002 ("2002 Investigation").

17.    Attached at pages 26 through 33 is the Notice of Deficiency for 2002 ("2002 Deficiency Notice") mailed to Joseph Feldman by the IRS during the 2002 Delinquency Investigation.  The 2002 Deficiency Notice was mailed to Mr. Feldman by certified mail.  This method of mailing is confirmed by the window envelope labeled "CERTIFIED MAIL," and it is shown by the bar code and tracking number on the notice itself.

18.    ASFR caused the 2002 Deficiency Notice to be mailed by inputting the necessary computer code on November 21, 2006.  This is referenced in the Account History of the 2002 TDI RECORD as "90 Day Stat

Notice issued." The 2002 Deficiency Notice was mailed on December 4, 2006, the date indicated on the notice itself.

19. The 2002 Deficiency Notice was mailed to Joseph Feldman at the address identified on the notice, the Summit Drive address. The IRS maintains a database containing the last known addresses for United States taxpayers. According to this database, Summit Drive was Joseph Feldman's last known address at the time the 2002 Deficiency Notice was mailed by the IRS.

20. The Post Office returned earlier TDI notices shipped to Summit Drive during the 2002 Investigation because they were undeliverable. Thus, shortly before the 2002 Deficiency Notice issued, ASFR initiated an address search to determine whether Joseph Feldman's last known address was still Summit Drive. This search is referenced in the Account History of the 2002 TDI RECORD. It started on October 31, 2006, "LSS Research Started," and it finished on November 7, 2006, "LSS Complete." This search confirmed that Summit Drive was still Mr. Feldman's last known address, "IDS found no results."

21. The Post Office returned the 2002 Deficiency Notice to the IRS because it was undeliverable. This is indicated by the stamp on the window envelope for the notice.

22.     Since the IRS performed an address search shortly before the 2002 Deficiency Notice was mailed, ASFR did not initiate another address search after the notice returned undeliverable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.

Date:  08/06/2019_____

_____
Eileen M. Campagno
Internal Revenue Service
Holtsville, New York

```
                    ASFR TDI RECORD
                 PRINT DATE: 11-13-2018
              REQUESTED BY EMPLOYEE: 0000000000


     TP TIN:        -5561      JOE E FELDMAN
     YEAR:          200112     30100 SUMMIT DR APT 108
     NAME CTRL:       FELD     FARMINGTON HILL      MI  483342431332
     SPOUSE TIN: 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


     HOME TEL#:                CURRENT STATUS:         109
     WORK TEL#:                FOLLOW-UP DATE: 05-15-2007


     ESTABLISHED ON ASFR: 200426    PAPER INDS:          3
     TYPE ACCOUNT:                  POA INDICATOR:      NO
     OPEN TDA:             NO       FOREIGN ADD IND:    NO
     TSIGN:         26008000        DEATH IND:          NO
                                    PRIMARY TDI CD:
     TDI CASE CD:                   NOTICE CODES:      D,U, ,
     MODULE BALANCE:      0.00      BWH INDICATOR:       0



                    ACCOUNT HISTORY

  STATUS    DATE     EMPL         ACTION

   030   11-07-2006 9999999999  30 Day Letter Package Created ...............
   096   11-21-2006 9999999997  Pre-Stat Notice ...................... Queue
   090   11-21-2006 9999999995  90 Day Stat Notice issued ..................
   104   04-10-2007 9999999997  Closed ............ No TP response (default)
   109   05-01-2007 9999999997  SFR Finished ............... Purge from ASFR
   ***   **-**-****  999999****  INVALID STATUS CODE
   762   08-16-2004 9999999998  Pre-Tsign/TC030 IDRS check..................
   062   08-24-2004 9999999997  Terminate SFR .. Fails SFR criteria TSIGN ACS
   089   11-16-2004 9999999999  Failed IDRS check . TSIGN/TC030/TC59x failure
   765   02-08-2005 9999999998  Re-Request ............. Re-Request IRP Data
   340   05-03-2005 9999999999  Pre-30 Day problem ...... U coded TDI Notice
   342   05-03-2005 9999999999  LSS Research Started ........... Sent to IDS
   347   03-21-2006 9999999999  LSS Complete ..... No resp from TP or Undeliv
   031   03-21-2006 9999999999  Pre-30 Day IDRS check needed ...............
   032   07-25-2006 9999999997  Passed IDRS check ....... Issue 30 Day Letter
   030   07-25-2006 9999999999  30 Day Letter Package Created ...............
   990   10-26-2006 9999999993  Address change made ........................
   040   10-26-2006 9999993540  Undelivered Mail Research needed ...........
   342   10-31-2006 9999999999  LSS Research Started ........... Sent to IDS
   348   11-07-2006 9999999999  LSS Complete .......... IDS found no results

      COMMENTS: NOTICE MAIL TO TP WAS UNDELIVERABLE
```

```
████-5561   200112      PRINT DATE: 11-13-2018         PAGE:    1
                                  REQUESTED BY EMPLOYEE: t_value
----------------------------------------------------------------
MINOR  0001    DOC TYPE:  79 - 1099 B
       PAID BY: ████2038              PAID TO:
       NATL INVESTOR SERVICES CORP.   JOE E FELDMAN
       55 WATER STREET                30100 SUMMIT 108
       NEW YORK            NY  10041  FARMINGTON HILL    MI  48331


   (097)-STOCKS-BONDS SALES    10907
                                 (979)-ASFR CORRECTED BRO    10907


       ----------------------------------------------------------
MINOR  0002    DOC TYPE:  79 - 1099 B
       PAID BY: ████7782              PAID TO:
       CHARLES SCHWAB & CO. INC.      JOSEPH E FELDMAN
       101 MONTGOMERY STREET          30100 SUMMIT DR APT 108
       SAN FRANCISCO       CA  94104  FARMINGTON HILLS    MI  48334


   (097)-STOCKS-BONDS SALES    12188
                                 (979)-ASFR CORRECTED BRO    12188


       ----------------------------------------------------------
MINOR  0003    DOC TYPE:  79 - 1099 B
       PAID BY: ████7782              PAID TO:
       CHARLES SCHWAB & CO. INC.      JOSEPH E FELDMAN
       101 MONTGOMERY STREET          30100 SUMMIT DR APT 108
       SAN FRANCISCO       CA  94104  FARMINGTON HILLS    MI  48334


   (097)-STOCKS-BONDS SALES     3000
                                 (979)-ASFR CORRECTED BRO     3000


       ----------------------------------------------------------
MINOR  0004    DOC TYPE:  79 - 1099 B
       PAID BY: ████7782              PAID TO:
       CHARLES SCHWAB & CO. INC.      JOSEPH E FELDMAN
       101 MONTGOMERY STREET          30100 SUMMIT DR APT 108
       SAN FRANCISCO       CA  94104  FARMINGTON HILLS    MI  48334


   (097)-STOCKS-BONDS SALES    21003
                                 (979)-ASFR CORRECTED BRO    21003


       ----------------------------------------------------------
```

```
      ████-5561   200112      PRINT DATE: 11-13-2018      PAGE:    2
                                REQUESTED BY EMPLOYEE: t_value
---------------------------------------------------------------------
MINOR  0005    DOC TYPE:  79 - 1099 B
        PAID BY:    ████7782            PAID TO:
      CHARLES SCHWAB & CO. INC.         JOSEPH E FELDMAN
      101 MONTGOMERY STREET             30100 SUMMIT DR APT 108
      SAN FRANCISCO       CA  94104     FARMINGTON HILLS   MI  48334


   (097)-STOCKS-BONDS SALES    72177
                                (979)-ASFR CORRECTED BRO    72177

---------------------------------------------------------------------
MINOR  0006    DOC TYPE:  79 - 1099 B
        PAID BY:    ████7782            PAID TO:
      CHARLES SCHWAB & CO. INC.         JOSEPH E FELDMAN
      101 MONTGOMERY STREET             30100 SUMMIT DR APT 108
      SAN FRANCISCO       CA  94104     FARMINGTON HILLS   MI  48334


   (097)-STOCKS-BONDS SALES    55568
                                (979)-ASFR CORRECTED BRO    55568

---------------------------------------------------------------------
MINOR  0007    DOC TYPE:  91 - 1099 DIV
        PAID BY:    ████7782            PAID TO:
      CHARLES SCHWAB & CO. INC.         JOSEPH SERGI-ELTON FELDMAN
      101 MONTGOMERY STREET             28449 TAPERT DR
      SAN FRANCISCO       CA  94104     LATHRUP VILLAGE    MI  48076


   (065)-ORDINARY DIVIDEND      17
                                (990)-ASFR CORRECTED DIV       17

---------------------------------------------------------------------
MINOR  0008    DOC TYPE:  92 - 1099 INT
        PAID BY:    ████2038            PAID TO:
      NATL INVESTOR SERVICES CORP.      JOE E FELDMAN
      55 WATER STREET                   30100 SUMMIT 108
      NEW YORK            NY  10041     FARMINGTON HILL    MI  48331


   (002)-INTEREST               04

---------------------------------------------------------------------
```



 **IRS** Department of the Treasury
Internal Revenue Service

PO BOX 9047
ANDOVER, MA 01810-0947



7105 5678 7185 6082 8165

010186.291306.0127.004 3 AB 0.748 2340

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010186

Please attach the top portion of this cover letter to your tax return and send
it to us.  Your return will be processed faster.  You can use the envelope we've
enclosed.

Filing a petition in tax court is not necessary if you file the return with the
IRS within the time stated in this letter package.

For Joint Returns -- Before you mail your return, please make sure you and your
spouse have both signed the return.

Thank you for your help.


FOR INTERNAL ROUTING USE ONLY
Note to IRS Receipt and Control:
Do Not Process the Attached Return

Forward it to:
ASFR  PO BOX 9047

---

Fold Here

BODCD-WI
SELCD-39

Notice Number: Ltr  3219SC/CG
Notice Date  : 2006-12-04
Tax Period   : 200112

5611*

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

INTERNAL REVENUE SERVICE
PO BOX 9047
ANDOVER, MA 01810-0947

5561 00 FELD 30 0 200112 090 00000000000

 **IRS** Department of the Treasury
Internal Revenue Service

## Notice 609
(Revised July 2002)

------------------------------------------------

### Privacy Act Notice

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law.

This notice applies to tax returns and any papers filed with them. It also applies to any questions you need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is found in Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections.

Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file. You must also fill in all parts of the tax form that apply to you. This is so we know who you are and can process your return and papers. You do not have to check the boxes for the Presidential Election Campaign Fund.

We ask for tax return information to carry out the U.S. tax laws. We need it to figure and collect the right amount of tax.

We may give the information to the Department of Justice and to other Federal agencies, as provided by law. We may also give it to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. And we may give it to certain foreign governments under tax treaties they have with the United States. We may also disclose this information to Federal, state, or local agencies that investigate or respond to acts or threats of terrorism or participate in intelligence or counterintelligence activities concerning terrorism.

If you do not file a return, do not give us the information we ask for, or provide fraudulent information, the law says that we may have to charge you penalties and, in certain cases, subject you to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on your tax return. This could make your tax higher or delay any refund. Interest may also be charged.

Please keep this notice with your records. You may want to refer to it if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

------------------------------------------------

**Notice 609**
(Rev. July 2002) U.S. Government printing Office: 2002 - 762-606

Cat. No. 45963A

------------------------------------------------

7105 5678 7185 6082 8165

0869900000 ASFR

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

Letter Number: 3219(SC/CG)
Letter Date: **December 04, 2006**

**Taxpayer Identification Number:**

▮▮▮▮**5561**

**Tax Form:** 1040

**Tax Year Ended and Deficiency**

DEC. 31, 2001 ****47,596.00

**Contact Person:**

ASFR Department

**Contact Telephone Number:**
866-681-4271
(A toll free number)
**Hours to Call:**

Between 8:00 AM and 8:00 PM

**Last Date to Petition Tax Court:**
March 05, 2007

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010186

Penalties/Additions to Tax

| | | |
|---|---|---|
| SEC. 6651(a)(1)IRC | $10,709.10 | |
| SEC. 6651(a)(2)IRC | $11,899.00* | |
| SEC. 6654(a)   IRC | $1,883.50 | |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling **(978) 474-5549** or writing to:

```
ANDOVER SERVICE CENTER
TAXPAYER ADVOCATE
P.O. BOX 9055, STOP 120
Andover, MA 01810
```

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter.
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

7105 5678 7185 6082 8165

0869900000 ASFR

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

Letter Number: 3219(SC/CG)
Letter Date: December 04, 2006

**Taxpayer Identification Number:**

‑5561

**Tax Form:** 1040

**Tax Year Ended and Deficiency**

DEC. 31, 2001 ****47,596.00

**Contact Person:**

ASFR Department

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

**Contact Telephone Number:**
866-681-4271
(A toll free number)
**Hours to Call:**

Between 8:00 AM and 8:00 PM

010186

**Last Date to Petition Tax Court:**
March 05, 2007

Penalties/Additions to Tax

| | | |
|---|---|---|
| SEC. 6651(a)(1)IRC | $10,709.10 | |
| SEC. 6651(a)(2)IRC | $11,899.00* | |
| SEC. 6654(a)   IRC | $1,883.50 | |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (978) 474-5549 or writing to:

> ANDOVER SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9055, STOP 120
> Andover, MA 01810

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

| **FORM 5564** (Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>**ASFR/ANDOVER**<br>**0869900000** |
|---|---|---|

Name and Address of Taxpayer(s)

```
JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332
```

12/04/2006

5561

| Kind of Tax | ☐ Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | |

| Tax Year Ended | | **DEFICIENCY** |
|---|---|---|
| December 31, 2001 | Increase in Tax    $47,596.00 | Penalties |

010186

```
Failure-to-File Penalty  IRC 6651(a)(1)      $10,709.10
Failure-to-Pay Penalty  IRC 6651(a)(2)       $11,899.00
Estimated Tax Penalty  IRC 6654(a)            $1,883.50
```

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

**FORM 5564** (Rev. 6-92)

| FORM 5564 (Rev. June 1992) | Department of the Treasury --- Internal Revenue Service | Symbols |
|---|---|---|
| | **NOTICE OF DEFICIENCY - WAIVER** | ASFR/ANDOVER 0869900000 |

Name and Address of Taxpayer(s)

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

12/04/2006
5561

| Kind of Tax | ☐ Copy to Authorized Representative | |
|---|---|---|
| INDIVIDUAL INCOME | | |

| Tax Year Ended | | **DEFICIENCY** | |
|---|---|---|---|
| December 31, 2001 | Increase in Tax   $47,596.00 | | Penalties |

)10186

| | | |
|---|---|---|
| Failure-to-File Penalty  IRC 6651(a)(1) | $10,709.10 |
| Failure-to-Pay Penalty  IRC 6651(a)(2) | $11,899.00 |
| Estimated Tax Penalty  IRC 6654(a) | $1,883.50 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564 (Rev. 6-92)

```
DEPARTMENT OF THE TREASURY          PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT
INTERNAL REVENUE SERVICE

JOE E FELDMAN                        COLLECTION   :  NON-FILER
30100 SUMMIT DR APT 108              Date of Report:  08-07-2006
FARMINGTON HILL, MI 48334-2431332    Soc Sec Number:       5561
                                     Form 1040    :  TAX YEAR   2001
                                     Filing Status :  SINGLE
                                     Reply to     :  0869900000


                    TAX CALCULATION SUMMARY


     TOTAL INCOME REPORTED BY PAYERS (see Income Sources):        (+)174,864.00

         Wages, interest, dividends, pensions, misc.    174,864.00




     ADJUSTMENT TO INCOME:                                        (-)0.00

     ALLOWABLE DEDUCTIONS/EXEMPTIONS:                             (-)6,464.00

         Personal exemption allowance (1 exemption)     1,914.00

         Standard Deduction                             4,550.00


     TAX COMPUTATIONS:

         Taxable Income (total income minus deductions)          168,400.00

         Income tax calculated using (1) exemption      47,596.00




     TOTAL TAX BEFORE CREDITS:                                    (+)47,596.00


     TOTAL PRE-PAID CREDITS (Withholding, ES tax payments, etc.):  (-)0.00


     NET TAX (TOTAL TAX minus PRE-PAID CREDITS):                  47,596.00


     TOTAL INTEREST (calculated through 09-06-2006, see page 2):  (+)16,193.35


     TOTAL PENALTIES (see page 2):                                (+)24,491.60

         Failure-to-File Penalty          10,709.10
         Failure-to-Pay Penalty           11,899.00
         Estimated Tax Penalty             1,883.50


*********************************************************************************
TOTAL AMOUNT DUE through 09-06-2006 (PAY THIS AMOUNT) --------   88,280.95
*********************************************************************************

PAGE 1                               LETTER 2566SC/CG (REV. 11-2004)
```

010186

```
DEPARTMENT OF THE TREASURY            INTERNAL REVENUE SERVICE
                                      PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

Soc Sec Number:  ████-5561      Tax Year 2001      Date of Report: 08/07/2006
                          EXPLANATION OF PENALTIES AND INTEREST


INTEREST:  I.R.C. 6601                                    16,193.35
     Interest due based on statutory interest rates    13,219.06
     Interest on Failure-to-File Penalty                2,974.29
     Additional Interest will accrue at the current rate of interest (compounded
     daily). Interest is charged from the original due date of the return to the
     earlier of the date of payment, a date 30 days after an agreement to the
     additional tax is signed, or the assessment date.  The interest shown has
     been computed 30 days from the date of this report, which will allow you to
     pay the total balance due without an additional charge for accrued interest.


PENALTIES:                                                24,491.60
     Failure-to-File Penalty, I.R.C. 6651(a)(1)         10,709.10
     Since you did not file your return within the time prescribed by law, a
     Failure-to-File Penalty of 5 percent of the tax due is added for each month
     that the return is late (not to exceed 22.5%), or the lesser of $100 or the
     tax due.

   * Failure-to-Pay Penalty, I.R.C. 6651(a)(2)          11,899.00
     If you did not pay the balance of the tax owed within the time prescribed by
     law, a penalty of 0.5% of the tax due is added for each month the tax
     remains unpaid (not to exceed a total of 25% of the unpaid amount.)
```

DEPARTMENT OF THE TREASURY              PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT
INTERNAL REVENUE SERVICE

SUMMARY OF INCOME SOURCES

SSN:      5561              TAX YEAR:  2001                    08/07/2006

TAXABLE INCOME REPORTED TO THE IRS BY YOUR PAYERS:

01-Paid by 13-3842038
NATL INVESTOR SERVICES CORP.
Paid to JOE E FELDMAN

$    10,907  STOCKS/BONDS SALES PRICE

02-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    12,188  STOCKS/BONDS SALES PRICE

03-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$     3,000  STOCKS/BONDS SALES PRICE

04-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    21,003  STOCKS/BONDS SALES PRICE

05-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    72,177  STOCKS/BONDS SALES PRICE

06-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH E FELDMAN

$    55,568  STOCKS/BONDS SALES PRICE

07-Paid by 94-1737782
CHARLES SCHWAB & CO. INC.
Paid to JOSEPH SERGI-ELTON FELDMAN

$       17  ORDINARY DIVIDEND

08-Paid by 13-3842038
NATL INVESTOR SERVICES CORP.
Paid to JOE E FELDMAN

$        4  INTEREST

PAGE 3                              LETTER 2566(SC/CG)(REV. 11-2004)

```
                        ASFR TDI RECORD
                     PRINT DATE: 11-21-2017
                 REQUESTED BY EMPLOYEE: 0000000000


     TP TIN:         █████5561        JOE E FELDMAN
     YEAR:             200212         30100 SUMMIT DR APT 108
     NAME CTRL:          FELD         FARMINGTON HILL      MI  483342431332
     SPOUSE TIN: 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


     HOME TEL#:                       CURRENT STATUS:        109
     WORK TEL#:                       FOLLOW-UP DATE: 05-15-2007


     ESTABLISHED ON ASFR: 200426      PAPER INDS:            3
     TYPE ACCOUNT:                    POA INDICATOR:        NO
     OPEN TDA:              NO        FOREIGN ADD IND:      NO
     TSIGN:          26008000         DEATH IND:            NO
                                      PRIMARY TDI CD:
     TDI CASE CD:                     NOTICE CODES:     D,U, ,
     MODULE BALANCE:       0.00       BWH INDICATOR:         0



                        ACCOUNT HISTORY

   STATUS    DATE      EMPL          ACTION

    030    11-07-2006 9999999999  30 Day Letter Package Created ..............
    096    11-21-2006 9999999997  Pre-Stat Notice ..................... Queue
    090    11-21-2006 9999999995  90 Day Stat Notice issued .................
    104    04-10-2007 9999999997  Closed ............ No TP response (default)
    109    05-01-2007 9999999997  SFR Finished ............... Purge from ASFR
    ***    **-**-**** 999999****   INVALID STATUS CODE
    762    08-16-2004 9999999998  Pre-Tsign/TC030 IDRS check.................
    062    08-24-2004 9999999999  Terminate SFR .. Fails SFR criteria TSIGN ACS
    089    11-16-2004 9999999997  Failed IDRS check . TSIGN/TC030/TC59x failure
    765    02-08-2005 9999999998  Re-Request ............. Re-Request IRP Data
    340    05-03-2005 9999999999  Pre-30 Day problem ...... U coded TDI Notice
    342    05-03-2005 9999999999  LSS Research Started ........... Sent to IDS
    347    03-21-2006 9999999999  LSS Complete ..... No resp from TP or Undeliv
    031    03-21-2006 9999999999  Pre-30 Day IDRS check needed ...............
    032    07-25-2006 9999999997  Passed IDRS check ....... Issue 30 Day Letter
    030    07-25-2006 9999999999  30 Day Letter Package Created ..............
    990    10-26-2006 9999999993  Address change made ........................
    040    10-26-2006 9999993540  Undelivered Mail Research needed ...........
    342    10-31-2006 9999999999  LSS Research Started ........... Sent to IDS
    348    11-07-2006 9999999999  LSS Complete .......... IDS found no results

       COMMENTS: NOTICE MAIL TO TP WAS UNDELIVERABLE
```

```
███████-5561   200212        PRINT DATE: 11-21-2017          PAGE:    1
                                     REQUESTED BY EMPLOYEE: t_value
-----------------------------------------------------------------
MINOR  0001    DOC TYPE:  79 - 1099 B
       PAID BY: ██████1729                 PAID TO:
       DONALDSON LUFKIN & JENRETTE SECURIT   JOSEPH ELTON FELDMAN
       CORPORATION                           19785 WEST 12 MILE RD 296
       ONE PERSHING PLAZA ATTN TAX DEPARTM   SOUTHFIELD         MI  480762584
       JERSEY CITY          NJ  07399

       (097)-STOCKS-BONDS SALES    43958
                                    (979)-ASFR CORRECTED BRO    43958

-----------------------------------------------------------------
MINOR  0002    DOC TYPE:  79 - 1099 B
       PAID BY: ██████1729                 PAID TO:
       DONALDSON LUFKIN & JENRETTE SECURIT   JOSEPH ELTON FELDMAN
       CORPORATION                           19785 WEST 12 MILE RD 296
       ONE PERSHING PLAZA ATTN TAX DEPARTM   SOUTHFIELD         MI  480762584
       JERSEY CITY          NJ  07399

       (097)-STOCKS-BONDS SALES     1538
                                    (979)-ASFR CORRECTED BRO     1538

-----------------------------------------------------------------
MINOR  0003    DOC TYPE:  79 - 1099 B
       PAID BY: ██████1729                 PAID TO:
       DONALDSON LUFKIN & JENRETTE SECURIT   JOSEPH ELTON FELDMAN
       CORPORATION                           19785 WEST 12 MILE RD 296
       ONE PERSHING PLAZA ATTN TAX DEPARTM   SOUTHFIELD         MI  480762584
       JERSEY CITY          NJ  07399

       (097)-STOCKS-BONDS SALES    17691
                                    (979)-ASFR CORRECTED BRO    17691

-----------------------------------------------------------------
MINOR  0004    DOC TYPE:  79 - 1099 B
       PAID BY: ██████1384                 PAID TO:
       MORGAN STANLEY DEAN WITTER ONL        JOSEPH ELTON FELDMAN
       2500 SO LAKE PARK 2N                  19785 WEST 12 MILE RD 296
       WEST VALLEY CITY     UT  84120        SOUTHFIELD         MI  48076

       (097)-STOCKS-BONDS SALES    27899
                                    (979)-ASFR CORRECTED BRO    27899

-----------------------------------------------------------------
```

```
████-5561   200212        PRINT DATE: 11-21-2017          PAGE:    2
                                REQUESTED BY EMPLOYEE: t_value
------------------------------------------------------------------------
MINOR  0005    DOC TYPE:  91 - 1099 DIV
      PAID BY: ████1384                  PAID TO:
MORGAN STANLEY DEAN WITTER ONL           JOSEPH ELTON FELDMAN
2500 SO LAKE PARK 2N                     19785 WEST 12 MILE RD 296
WEST VALLEY CITY     UT  84120           SOUTHFIELD          MI  48076


  (065)-ORDINARY DIVIDEND        11
                                    (990)-ASFR CORRECTED DIV        11

------------------------------------------------------------------------
MINOR  0006    DOC TYPE:  92 - 1099 INT
      PAID BY: ████2512                  PAID TO:
GENERAL MOTORS ACCEPTANCE CORPORATI      JOSEPH E FELDMAN
P O BOX 33129                            19785 W 12 MILE ROAD 296
DETROIT              MI  482329916       SOUTHFIELD          MI  48076


  (002)-INTEREST                 10

------------------------------------------------------------------------
MINOR  0007    DOC TYPE:  92 - 1099 INT
      PAID BY: ████9120                  PAID TO:
FINANCIAL PLUS FEDERAL CREDIT UNION      FELDMAN, JOSEPH SE
P O BOX 7006                             19785 W 12 MILE RD 296
FLINT               MI  485077006        SOUTHFIELD          MI  480762584


  (002)-INTEREST                 12

------------------------------------------------------------------------
```



CERTIFIED MAIL

FIRST-CLASS MAIL
POSTAGE AND FEES PAID
IRS
PERMIT NO. G-48

Official Business
Penalty for Private Use, $300

 Department of the Treasury
Internal Revenue Service



PO BOX 9047
ANDOVER, MA 01810-0947

7105 5678 7185 6082 8172

010185.291306.0127.004 3 AB 0.748 2340



JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010185

Please attach the top portion of this cover letter to your tax return and send
it to us.  Your return will be processed faster.  You can use the envelope we've
enclosed.

Filing a petition in tax court is not necessary if you file the return with the
IRS within the time stated in this letter package.

For Joint Returns -- Before you mail your return, please make sure you and your
spouse have both signed the return.

Thank you for your help.


FOR INTERNAL ROUTING USE ONLY
Note to IRS Receipt and Control:
Do Not Process the Attached Return

Forward it to:
ASFR  PO BOX 9047

---

Fold Here

BODCD-WI
SELCD-13

Notice Number: Ltr  3219SC/CG
Notice Date  : 2006-12-04
Tax Period   : 200212

5611*

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

INTERNAL REVENUE SERVICE
PO BOX 9047
ANDOVER, MA 01810-0947

382905561 00 FELD 30 0 200212 090 00000000000

 **IRS** Department of the Treasury
Internal Revenue Service

## Notice 609
(Revised July 2002)

--------------------------------------------------------

### Privacy Act Notice

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law.

This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is found in Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections.

Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file. You must also fill in all parts of the tax form that apply to you. This is so we know who you are and can process your return and papers. You do not have to check the boxes for the Presidential Election Campaign Fund.

We ask for tax return information to carry out the U.S. tax laws. We need it to figure and collect the right amount of tax.

We may give the information to the Department of Justice and to other Federal agencies, as provided by law. We may also give it to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. And we may give it to certain foreign governments under tax treaties they have with the United States. We may also disclose this information to Federal, state, or local agencies that investigate or respond to acts or threats of terrorism or participate in intelligence or counterintelligence activities concerning terrorism.

If you do not file a return, do not give us the information we ask for, or provide fraudulent information, the law says that we may have to charge you penalties and, in certain cases, subject you to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on your tax return. This could make your tax higher or delay any refund. Interest may also be charged.

Please keep this notice with your records. You may want to refer to it if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

--------------------------------------------------------

### Notice 609
(Rev. July 2002)  U.S. Government printing Office: 2002 - 762-606

Cat. No. 45963A

7105 5678 7185 6082 8172

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

0869900000 ASFR

Letter Number: 3219(SC/CG)
Letter Date: December 04, 2006

**Taxpayer Identification Number:**

█████-5561

**Tax Form:** 1040

**Tax Year Ended and Deficiency**

DEC. 31, 2002 *****19,340.00

**Contact Person:**

ASFR Department

**Contact Telephone Number:**
866-681-4271
(A toll free number)

**Hours to Call:**

Between 8:00 AM and 8:00 PM

**Last Date to Petition Tax Court:**
March 05, 2007

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010185

Penalties/Additions to Tax

| | | |
|---|---|---|
| SEC. 6651(a)(1)IRC | $4,351.50 | |
| SEC. 6651(a)(2)IRC | $3,964.70* | |
| SEC. 6654(a)   IRC | $646.28 | |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and <u>the Court cannot consider your case if the petition is filed late</u>. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (978) 474-5549 or writing to:

```
ANDOVER SERVICE CENTER
TAXPAYER ADVOCATE
P.O. BOX 9055, STOP 120
Andover, MA 01810
```

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

7105 5678 7185 6082 8172

 **IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9047
ANDOVER, MA 01810-0947

0869900000 ASFR

Letter Number: 3219(SC/CG)
Letter Date: December 04, 2006

Taxpayer Identification Number:

5561

Tax Form: 1040

Tax Year Ended and Deficiency

DEC. 31, 2002 ****19,340.00

Contact Person:

ASFR Department

Contact Telephone Number:
866-681-4271
(A toll free number)
Hours to Call:

Between 8:00 AM and 8:00 PM

Last Date to Petition Tax Court:
March 05, 2007

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

010185

Penalties/Additions to Tax

| SEC. 6651(a)(1)IRC | $4,351.50 |
| SEC. 6651(a)(2)IRC | $3,964.70* |
| SEC. 6654(a)   IRC | $646.28 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (978) 474-5549 or writing to:

> ANDOVER SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9055, STOP 120
> Andover, MA 01810

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Jean E Valenti*

JEAN E VALENTI
Field Director, Compliance Services
ANDOVER

Enclosures:
Copy of this letter
Waiver
Envelope

Publication 1, 5, 594
Notice 609

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

| **FORM 5564**(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>ASFR/ANDOVER<br>0869900000 |
|---|---|---|

Name and Address of Taxpayer(s)

JOE E FELDMAN
30100 SUMMIT DR APT 108
FARMINGTON HILL, MI 48334-2431332

12/04/2006
-5561

| Kind of Tax | ☐ Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | |

| Tax Year Ended | **DEFICIENCY** | |
|---|---|---|
| December 31, 2002 | Increase in Tax    $19,340.00 | Penalties |

010185

| | | |
|---|---|---|
| Failure-to-File Penalty  IRC 6651(a)(1) | $4,351.50 |
| Failure-to-Pay Penalty   IRC 6651(a)(2) | $3,964.70 |
| Estimated Tax Penalty   IRC 6654(a) | $646.28 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

**FORM 5564**(Rev. 6-92)

CAMPAGNO DECLARATION          Page 33 of 33